**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**NOTOWEEGA NATION,**

      **Plaintiff,**

**vs.**
                                              **Case No.: 2:14-cv-1688
JUDGE SMITH
Magistrate Judge King**

**UNITED STATES OF AMERICA,** *et al.***,**

      **Defendants.**

## ORDER

On September 23, 2014, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's request to proceed *in forma pauperis* be granted, but that Plaintiff's Complaint be dismissed, without prejudice, because Great Elk Dance for His Elk Nation is not licensed to practice law in this Court and cannot represent Plaintiff Notoweega Nation. (*See* Doc. 3). The parties were advised of their right to object to the *Report and Recommendation*. This matter is now before the Court on Plaintiff Notoweega Nation's Objections to the *Report and Recommendation*. (*See* Doc. 5). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff asserts that is has a right to bring suit against the United States. However, Plaintiff has failed to recognize the findings of the Magistrate Judge that pursuant to 28 U.S.C. § 1654, a party is not permitted to appear pro se and represent the interests of others. That constitutes the unauthorized practice of law. *See Williams v. Griffith*,

2009 WL 2469523, at *4 (Ohio Ct. App. Aug. 13, 2009).

For the reasons set forth above, and in detail in the Magistrate Judge's *Order and Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 3, is **ADOPTED** and **AFFIRMED.** Plaintiffs' Complaint is hereby dismissed without prejudice.

The Clerk shall remove Document 3 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**